## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| JOEL E. BERNSTEIN, *et al.*,      ) | |
|                  ) | |
|     Plaintiffs,        ) | |
|                  ) | |
|     v.               ) | Civil Action No. 1:14-cv-1723 |
|                  ) | (AJT/IDD) |
| MICHELLE K. LEE,       ) | |
|    Under Secretary of Commerce  ) | |
|    for Intellectual Property     ) | |
|    and Director of the United States  ) | |
|    Patent and Trademark Office,  ) | |
|                  ) | |
|     Defendant.        ) | |
| _____ ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of the above-captioned action with prejudice. Because the United States Patent and Trademark Office's expenses are still relatively low at this stage of the litigation, the parties agree to bear their own costs and expenses.

///

///

Dated: June 9, 2015

                     Respectfully submitted,

                     DANA J. BOENTE
                     United States Attorney

By:              /s/
                     DENNIS C. BARGHAAN, JR.
                     Assistant United States Attorney
                     2100 Jamieson Ave.
                     Alexandria, VA 22314
                     Telephone: (703) 299-3891
                     Fax: (703) 299-3983
                     Email: dennis.barghaan@usdoj.gov

                     *Attorneys for the Defendant*

                     /s/
                     Jordan S. Weinstein
                     Barnes & Thornburg, LLP
                     1717 Pennsylvania Avenue, N.W., Suite 500
                     Washington, D.C.  20006-4623
                     Telephone:  (202) 289-1313
                     Fax:  (202) 289-1330
                     Email:  jweinstein@btlaw.com

                     *Attorney for the Plaintiff*

2